IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BAILEY,<br><br>         Petitioner,<br><br>     v.<br><br>DARREL G. ADAMS,<br><br>         Respondent. | Case Number C 06-1004 JF<br><br>JUDGMENT |

The Court having denied on the merits the petition for writ of habeas corpus,

Judgment is hereby entered for Respondent and against Petitioner.

DATED: 9/29/2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-1004 JF
JUDGMENT
(JFLC2)